RECEIVED
MAR 13 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RP HEALTHCARE, INC.; CHIMES PHARMACY, INC.; JAMES CLAYWORTH, R.Ph., an individual, d/b/a CLAYWORTH PHARMACY; MARIN APOTHECARIES, INC., d/b/a ROSS VALLEY PHARMACY; GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY; PEDIATRIC CARE PHARMACY, INC.; MEYERS PHARMACY, INC.; TONY MAVRANTONIS, R.Ph., an individual d/b/a JACK'S DRUG; and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT, LTD., RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC., RANBAXY, INC., DAIICHI SANKYO, LTD, DAIICHI SANKYO, INC., CVS CAREMARK CORPORATION, HEALTH NET, INC., and CALIFORNIA PHYSICIANS SERVICE, INC. d/b/a Blue Shield of California,<br><br>Defendants. | Case No. 12-cv-01059-JSW<br><br>[PROPOSED]<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (ARTHUR N. LERNER) |

1. Arthur N. Lerner, whose business address and telephone number is Crowell & Moring
2. LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004, (202) 624-2500 and who is an
3. active member in good standing of the bar of the District of Columbia, having applied in the
4. above-entitled action for admission to practice in the Northern District of California on a *pro hac*
5. *vice* basis, representing Health Net, Inc.
6. IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7. conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8. *vice*. Service of papers upon and communication with co-counsel designated in the application
9. will constitute notice to the party. All future filings in this action are subject to the requirements
10. contained in General Order No. 45, *Electronic Case Filing*.

Dated: MAR 14 2012

HON. JEFFREY S. WHITE
United States District Judge

(PROPOSED) ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
(LERNER); CASE NO. 12-CV-01059-JSW