BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone:  650.213.0300
Facsimile:   650.213.8158

*Counsel for Defendant Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC, Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RP HEALTHCARE, INC.; CHIMES PHARMACY, INC.; JAMES CLAYWORTH, R.Ph., an individual, d/b/a CLAYWORTH PHARMACY; MARIN APOTHECARIES, INC., d/b/a ROSS VALLEY PHARMACY; GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY; PEDIATRIC CARE PHARMACY, INC.; MEYERS PHARMACY, INC.; TONY MAVRANTONIS, R.Ph., an individual d/b/a JACK'S DRUG; and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>            Plaintiffs,<br>    v.<br>PFIZER, INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT, LTD., RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC., RANBAXY, INC., DAIICHI SANKYO, LTD, DAIICHI SANKYO, INC., CVS CAREMARK CORPORATION, HEALTH NET, INC., and CALIFORNIA PHYSICIANS SERVICE, INC. d/b/a Blue Shield of California,<br><br>            Defendants. | **Civil Action No.: 3:12-cv-01059 (JSW)**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER AND [~~PROPOSED~~ ORDER]**<br><br>**Hon. Jeffrey S. White** |

WHITE & CASE L
ATTORNEYS AT LAW
SILICON VALLEY

1    WHEREAS Plaintiffs filed an Action in the Superior Court of Sonoma County on January

2  31, 2012, naming Pfizer, Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company,

3  Warner-Lambert Company, LLC, and Warner-Lambert Export, Ltd (collectively, "Pfizer") as

4  Defendants; and

5    WHEREAS, Plaintiffs served a copy of the Complaint on Defendants Pfizer Inc., Warner-

6  Lambert Company, and Warner-Lambert Company, LLC on February 2, 2012; and

7    WHEREAS Plaintiffs' counsel and Pfizer's counsel have met and conferred on this issue

8  in good faith and Pfizer's counsel agreed to voluntarily accept service for Pfizer Ireland

9

10 Pharmaceuticals, Warner-Lambert Export, Ltd. to avoid the costs and expense related to foreign

11 service; and

12   WHEREAS the Notice of Removal of Action from State Court in the above-captioned

13 action was filed on March 2, 2012; and

14   WHEREAS, Plaintiffs filed the Motion for Remand on March 15, 2012, which is set for

15 hearing on April 27, 2012,

16   IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their

17 respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs'

18 Complaint shall be extended to thirty days following the Court's order on Plaintiffs' Motion for

19

20 Remand, whether the case is remanded to State Court or remains in Federal Court.

21

22 Dated: March 23, 2012          Respectfully Submitted,

23                                WHITE & CASE LLP
24

25                                /s/ Bijal V. Vakil

26                                BIJAL V. VAKIL (Cal. Bar No. 192878)
                                  bvakil@whitecase.com
27                                WHITE & CASE LLP
                                  5 Palo Alto Square
28                                3000 El Camino Real

- 2 -                             STIPULATION TO EXTEND TIME TO ANSWER
                                  AND [PROPOSED] ORDER
PALOALTO 130958 v1 (2K)           CASE No. 3:12-CV-01059 (JSW)

Palo Alto, California 94306
Telephone: 650.213.0300
Facsimile: 650.213.8158

*Counsel for Defendant Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC. Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

Dated: March 23, 2012           ALIOTO LAW FIRM

                               */s/ Jamie L. Miller*
                               Joseph M. Alioto, SBN 42680
                               Theresa D. Moore, SBN 99978
                               Jamie L. Miller, SBN 271452
                               ALIOTO LAW FIRM
                               225 Bush Street, 16th Floor
                               San Francisco, CA 94104
                               Telephone: (415) 434-8900
                               Facsimile: (415) 434-9200

*Counsel for Plaintiffs*

## ATTESTATION CLAUSE

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that each of the signatories above have provided their concurrence with the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME TO ANSWER AND [PROPOSED] ORDER.

Dated: March 23, 2012           WHITE & CASE LLP

                               */s/ Bijal V. Vakil*
                               BIJAL V. VAKIL

*Counsel for Defendant Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC, Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

1 **ORDER**

3  Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that
4 the time within which Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-
5 Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Export, Ltd may
6 answer or otherwise respond to Plaintiffs' Complaint is hereby extended to thirty days following
7 the Court's order on Plaintiffs' Motion for Remand.

10 Dated: __March 26, 2012__

11                                     _____
                                       THE HONORABLE JEFFREY S. WHITE
12                                     UNITED STATES DISTRICT JUDGE