IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RP Healthcare, Inc., et al., | CASE NO. 3:12-cv-01059-JSW |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Pfizer, Inc., et al., | |
| Defendant. | |

Katherine A. Helm, whose business address and telephone number is

425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Daiichi Sankyo, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 0 6 2012

_____
Jeffrey S. White
United States District Judge