**IN THE UNITED STATES DISTRICT COURT**

*E-Filing*

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

RP Healthcare, Inc., et al.,

**CASE NO.** 3:12-cv-01059-JSW

   Plaintiff,

v.

Pfizer, Inc., et al.,

   Defendant.

_____/

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Noah M. Leibowitz            , whose business address and telephone number is

425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000

and who is an active member in good standing of the bar of  New York and of New Jersey

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Daiichi Sankyo, Inc.

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: **APR 0 6 2012**

_____
Jeffrey S. White
United States District  Judge

United States District Court

For the Northern District of California